IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ABDUL GREEN, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 22-1391 |
| PROGRESSIVE SPECIALITY INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 27th day of June, 2022, pursuant to the May 24, 2022 Order, and having receiving no further filings from the parties, it is hereby **ORDERED** that this case is **DISMISSED** pursuant to Local Rule of Civil Procedure 41.1(b).

BY THE COURT:

 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**